■ In the Matter of David A. Greenwald, Appellant, v Sheila Greenwald, Respondent.—In a habeas corpus proceeding pursuant to section 70 of

the Domestic Relations Law, the appeal is from a judgment of the Supreme Court, Kings County, dated April 29, 1977, which, after a hearing, dismissed the writ. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Mangano at Special Term. Hopkins, J. P., Shapiro, Suozzi and Mollen, JJ., concur.